UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SHANE LANGSTON, | No. 2:16-cv-2358 GEB AC P |
| Plaintiff, | |
| v. | ORDER |
| TYLER, Correctional Officer, | |
| Defendants. | |

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

By order filed December 2, 2016, this court directed plaintiff to complete and return to the court, within thirty days, a summons, a USM-285 form and two copies of his complaint, all required to effect service of process on defendant Tyler. On December 12, 2016, plaintiff requested a new blank USM-285 form.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff one USM-284 form; and

////

////

////

////

1

2. Within thirty days after the filing date of this order, plaintiff shall submit to the court the corrected USM-285 form, a completed summons, and two copies of his original endorsed complaint filed October 3, 2016 (ECF No. 1). Failure to return the required documents within the specified time period will result in a recommendation that this action be dismissed without prejudice.

DATED: December 28, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE